# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JACKSON, | CASE NO. 1:10-cv-01129-SKO PC |
| Plaintiff, | ORDER STRIKING UNSIGNED FILING AND REQUIRING PLAINTIFF TO FILE RESPONSE TO MOTION TO DISMISS WITHIN THIRTY DAYS |
| v. | |
| MIKE PALOMBO, et al., | (Doc. 27) |
| Defendants. | |

Plaintiff Richard Jackson, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 23, 2010.  On October 26, 2011, Defendants Meza, Niino, and Palombo filed a motion to dismiss.  Fed. R. Civ. P. 12.  On November 28, 2011, Plaintiff filed what he entitled a motion to amend but what appears to be a response to the motion to dismiss.  However, Plaintiff neglected to sign the filing and the Court cannot consider unsigned filings.  Fed. R. Civ. P. 11(a); Local Rule 131.

Accordingly, Plaintiff's filing is HEREBY ORDERED STRICKEN from the record. Plaintiff has **thirty (30) days** from the date of service of this order within which to file a response to Defendants' motion to dismiss.

IT IS SO ORDERED.

**Dated:   November 30, 2011**          /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE

1