1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   RICHARD JACKSON,                           CASE NO. 1:10-cv-01129-SKO PC

10              Plaintiff,                      ORDER DISREGARDING PLAINTIFF'S
                                                INFORMATIONAL NOTICES
11        v.
                                                (Docs. 34, 40, 42)
12   MIKE PALOMBO, et al.,

13              Defendants.
14   _____/

15        Plaintiff Richard Jackson, a state prisoner proceeding pro se and in forma pauperis, filed this

16   civil rights action pursuant to 42 U.S.C. § 1983 on June 23, 2010.  This action is proceeding against

17   Defendants Niino and Palmbo on Plaintiff's Eighth Amendment excessive force claim.

18        On December 22, 2011, Plaintiff filed a document entitled "Medical Board Investigation,"

19   pertaining to the outcome of a complaint Plaintiff filed.  On March 7, 2012, Plaintiff filed a

20   document entitled "Prison Modified Lockdown," in which Plaintiff informs the Court that Kern

21   Valley State Prison is on lockdown and there is no law library access.  Finally, on March 22, 2012,

22   Plaintiff filed a document entitled "Possible Mail Tampering Peace Officers Misconduct (of

23   Retaliation)," in which Plaintiff informs the Court that he is being harassed and his mail may be

24   intercepted as a result.

25        The Court's jurisdiction is limited to the parties before it in this action and to Plaintiff's claim

26   for damages arising from an incident of alleged excessive force on July 9, 2009.  See e.g., Steel Co.

27   v. Citizens for a Better Env't, 523 U.S. 83, 103-04, 118 S.Ct. 1003 (1998) ("[The] triad of injury in

28   fact, causation, and redressability constitutes the core of Article III's case-or-controversy

1  requirement, and the party invoking federal jurisdiction bears the burden of establishing its

2  existence.") (citation omitted); American Civil Liberties Union of Nevada v. Masto, 670 F.3d 1046,

3  1061-62 (9th Cir. 2012) ("[F]ederal courts may adjudicate only actual, ongoing cases or

4  controversies.") (internal quotation marks and citation omitted).  Plaintiff's filings are essentially

5  informational notices of events or incidences and they do not request any specific relief to which

6  Plaintiff might arguably be entitled to in this action.

7      Therefore, Plaintiff's informational notices filed on December 22, 2011, March 7, 2012, and

8  March 22, 2012, are HEREBY ORDERED DISREGARDED.

9

10  IT IS SO ORDERED.

11  **Dated:    May 2, 2012**                    _____/s/ Sheila K. Oberto_____
                                        UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28