# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JACKSON,<br><br>      Plaintiff,<br><br>    v.<br><br>MIKE PALOMBO, et al.,<br><br>      Defendants. | CASE NO. 1:10-cv-01129-SKO PC<br><br>ORDER DENYING MOTION TO INITIATE DISCOVERY AS MOOT<br><br>(Doc. 43) |

    Plaintiff Richard Jackson, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 23, 2010. On March 28, 2012, Plaintiff filed a motion requesting discovery and setting forth the discovery he seeks.

    Following receipt of Defendant Niino's answer on May 1, 2012, the Court issued a discovery and scheduling order, rendering Plaintiff's request moot. Plaintiff is reminded that he shall not file his discovery requests with the Court until and unless there is a matter pending, such as a motion to compel. Otherwise, discovery requests must be served directly on Defendants' counsel; if they are sent to the Court, they will either be returned or filed and stricken from the record.

    Accordingly, Plaintiff's motion seeking the initiation of discovery is HEREBY DENIED as moot.

IT IS SO ORDERED.

**Dated:   May 2, 2012**                    /s/ Sheila K. Oberto
                                                    UNITED STATES MAGISTRATE JUDGE