1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9 | RICHARD JACKSON, | CASE NO. 1:10-cv-01129-SKO PC

10 |        Plaintiff, | ORDER STRIKING DUPLICATIVE MOTION AND DENYING PLAINTIFF'S MOTION FOR

11 | v. | A  PRELIMINARY INJUNCTION

12 | MIKE PALOMBO, et al., | (Docs. 56 and 60)

13 |        Defendants.

14 |

15        Plaintiff Richard Jackson, a state prisoner proceeding pro se and in forma pauperis, filed this

16 civil rights action pursuant to 42 U.S.C. § 1983 on June 23, 2010.  On June 28, 2012, Plaintiff filed

17 an unverified motion seeking a preliminary injunction.  Plaintiff does not request any specific relief

18 but he sets forth assertions regarding his current conditions of confinement at Kern Valley State

19 Prison.  Defendants did not file a response.  On August 9, 2012, Plaintiff filed a duplicative motion,

20 which shall be stricken from the record.

21        Plaintiff previously brought similar issues before the Court, and he was informed that the

22 Court's jurisdiction is limited to the parties before it in this action and to Plaintiff's claim for

23 damages arising from an incident of alleged excessive force on July 9, 2009.[1]  See e.g., Steel Co. v.

24 Citizens for a Better Env't, 523 U.S. 83, 103-04, 118 S.Ct. 1003 (1998) ("[The] triad of injury in

25 fact, causation, and redressability constitutes the core of Article III's case-or-controversy

26 requirement, and the party invoking federal jurisdiction bears the burden of establishing its

27

28

[1] Document 49.

1

1    existence.") (citation omitted); <u>American Civil Liberties Union of Nevada v. Masto</u>, 670 F.3d 1046,

2    1061-62 (9th Cir. 2012) ("[F]ederal courts may adjudicate only actual, ongoing cases or

3    controversies.") (internal quotation marks and citation omitted).  Once again, Plaintiff's filing is

4    essentially an informational notice of events or incidences and it does not request any specific relief

5    to which Plaintiff might arguably be entitled to in this action.

6         The Court recognizes that Plaintiff is, very generally, asserting he has some safety concerns,

7    but the pendency of this action provides no basis upon which the Court may issue any orders directed

8    at remedying Plaintiff's current conditions of confinement.  To the extent that Plaintiff is concerned

9    about actions by correctional officers at Kern Valley State Prison, he should raise those concerns

10   with the appropriate staff members at the prison, which might include his correctional counselor or

11   an appeals coordinator.  Plaintiff is also not precluded from taking legal action, but whatever action

12   might be appropriate, it *cannot* be sought in *this* action.

13        Accordingly, it is HEREBY ORDERED that:

14   1.    Plaintiff's duplicative motion filed on August 9, 2012, is STRICKEN from the

15         record; and

16   2.    Plaintiff's motion filed on June 28, 2012, is DENIED.

17

18   IT IS SO ORDERED.

19   **Dated:    October 10, 2012**                        /s/ Sheila K. Oberto
                                                  UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28

2