# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JACKSON,<br><br>        Plaintiff,<br><br>  v.<br><br>MIKE PALOMBO, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:10-cv-01129-SKO PC<br><br>ORDER ADDRESSING MOTION<br><br>(Doc. 63) |

    Plaintiff Richard Jackson, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 23, 2010. On October 1, 2012, Plaintiff filed what the Court construes to be a motion seeking a status report. At this juncture, there is nothing further required of Plaintiff. Defendants' motion for summary judgment is under submission and a ruling will be issued in due course. Local Rule 230(l).

    Plaintiff's motion filed on October 1, 2012, is HEREBY DEEMED ADDRESSED.

IT IS SO ORDERED.

**Dated:   October 10, 2012**                        **/s/ Sheila K. Oberto**
                                                            UNITED STATES MAGISTRATE JUDGE