# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JACKSON, | CASE NO. 1:10-cv-01129-SKO PC |
| Plaintiff, | ORDER ADDRESSING MOTION |
| v. | (Doc. 63) |
| MIKE PALOMBO, et al., | |
| Defendants. | |

Plaintiff Richard Jackson, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 23, 2010. On October 1, 2012, Plaintiff filed what the Court construes to be a motion seeking a status report. At this juncture, there is nothing further required of Plaintiff. Defendants' motion for summary judgment is under submission and a ruling will be issued in due course. Local Rule 230(l).

Plaintiff's motion filed on October 1, 2012, is HEREBY DEEMED ADDRESSED.

IT IS SO ORDERED.

**Dated:    October 10, 2012**          /s/ Sheila K. Oberto
                                                UNITED STATES MAGISTRATE JUDGE