# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JACKSON,<br><br>        Plaintiff,<br><br>    v.<br><br>MIKE PALOMBO, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:10-cv-01129-SKO PC<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER AND PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>(Docs. 73 and 75)<br><br>ORDER VACATING DISCOVERY AND MOTION DEADLINES AND STAYING DISCOVERY |

      Plaintiff Richard Jackson, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 23, 2010. This action is proceeding on Plaintiff's amended complaint, filed on June 16, 2011, against Defendants Palombo and Niino[1] on Plaintiff's Eighth Amendment excessive force claim and against Defendant Meza on Plaintiff's Eighth Amendment medical care claim. Pending before the Court is Defendants' motion for summary judgment, filed on June 26, 2012. Local Rule 230(l).

      On December 5, 2012, Defendants filed a motion seeking to modify the scheduling order, vacate the discovery deadline, and re-set it as necessary following the resolution of their motion for summary judgment; and on December 7, 2012, Plaintiff filed a motion seeking a thirty-day extension of time.

///

---

[1] Identified as Miino in the complaint.

1

Pursuant to the scheduling order filed on May 2, 2012, the deadline for the completion of all discovery is January 7, 2013, and the deadline for filing pretrial dispositive motions is March 7, 2013. In light of the pending motion for summary judgment and the parties' motions for scheduling order modifications, the Court finds good cause to vacate the discovery and pretrial dispositive motion deadlines, and stay further discovery, pending consideration of Defendants' motion for summary judgment.[2]

Accordingly, it is HEREBY ORDERED that:

1. Defendants' motion to modify the scheduling order and Plaintiff's motion for an extension of time are GRANTED;
2. The discovery and pretrial dispositive motion deadlines are VACATED; and
3. Any further discovery is stayed pending consideration of Defendants' motion for summary judgment and Plaintiff's motions to compel.

IT IS SO ORDERED.

**Dated:   December 10, 2012**           /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE

---

[2] Plaintiff also filed two motions to compel, which will be considered along with the motion for summary judgment.