1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   RICHARD JACKSON,                          CASE NO. 1:10-cv-01129-SKO PC

10                     Plaintiff,             ORDER STRIKING REPLY TO ANSWER

11          v.                                (Doc. 68)

12   MIKE PALOMBO, et al.,

13                     Defendants.
                                         /
14

15          Plaintiff Richard Jackson, a state prisoner proceeding pro se and in forma pauperis, filed this

16   civil rights action pursuant to 42 U.S.C. § 1983 on June 23, 2010.  On October 19, 2012, Plaintiff

17   filed a reply to Defendants' answer.  Neither the Federal Rules of Civil Procedure nor the Local

18   Rules provides for a reply to an answer, absent an order from the Court requiring one.  Fed. R. Civ.

19   P. 7(a)(7).  In this case, the Court did not order a reply to the answer.

20          Accordingly, Plaintiff's reply to Defendants' answer, filed October 19, 2012, is HEREBY

21   ORDERED STRICKEN from the record.

22

23   IT IS SO ORDERED.

24   **Dated:    January 15, 2013**              **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE
25

26

27

28

1