# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

RICHARD JACKSON,                          CASE NO. 1:10-cv-01129-SKO PC

           Plaintiff,                          ORDER STRIKING REPLY TO ANSWER

    v.                                                (Doc. 68)

MIKE PALOMBO, et al.,

           Defendants.

_____/

      Plaintiff Richard Jackson, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 23, 2010.  On October 19, 2012, Plaintiff filed a reply to Defendants' answer.  Neither the Federal Rules of Civil Procedure nor the Local Rules provides for a reply to an answer, absent an order from the Court requiring one.  Fed. R. Civ. P. 7(a)(7).  In this case, the Court did not order a reply to the answer.

      Accordingly, Plaintiff's reply to Defendants' answer, filed October 19, 2012, is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

**Dated:   January 15, 2013**          _____/s/ Sheila K. Oberto_____
                              UNITED STATES MAGISTRATE JUDGE

1